IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SAMUEL ROSARIO BELTRÁN, his wife ANA H. COIRA SALGADO and the Conjugal Partnership constituted between them; THE ESTATE OF CARLOS LICO ROSARIO BELTRÁN, comprised by its heirs CARLO MICHELLE ROSARIO PÉREZ, CARLOS MANUEL ROSARIO PÉREZ and MANUEL ALFREDO ROSARIO PÉREZ**<br><br>Plaintiffs<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>Defendant | CIVIL NO.: 3:24-cv-01323-ADC<br><br>IN ADMIRALTY |

**UNITED STATES' NOTICE OF SETTLEMENT
BETWEEN ALL PLAINTIFFS AND DEFENDANT UNITED STATES**

Under the District of Puerto Rico's Local Rules Rule 41(a), Defendant United States provides notice of a settlement between Plaintiffs Samuel Rosario Beltrán, the Estate of Carlos Lico Rosario Beltrán, and Defendant United States, subject to approval by the appropriate Justice Department official. The United States respectfully requests termination of all deadlines and ninety (90) days for the parties to enter a stipulated final order, judgment, or move for a voluntary dismissal.

| | |
|---|---|
| December 27, 2024 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br>*Civil Division* |
| | W. STEPHEN MULDROW<br>*United States Attorney* |
| |  /s/ Bradley J. Preamble<br>BRADLEY J. PREAMBLE<br>   (D. P.R. Gov. Atty. No. G03801)<br>SCOTT PERRYGO |
| *Of counsel*: |    (D. P.R. Gov. Atty. No. G04115)<br>*Trial Attorneys* |
| LCDR JACOB G. LENZ, USCG | U.S. Department of Justice |
| *Deputy Chief* | Civil Division, Torts Branch |
| Office of Claims & Litigation | Aviation, Space & Admiralty Litigation |
| United States Coast Guard | P.O. Box 14271 |
| 2703 MLK Jr. Avenue, S.E. | Washington, D.C. 20044-4271 |
| Stop 7213 | Tel. (202) 451-7576 / (202) 616-4019 |
| Washington, DC 20593 | Fax (202) 616-4002 |
| Tel. (202) 372-3736 | E-mail: bradley.j.preamble@usdoj.gov |
| Email: jacob.g.lenz@uscg.mil |        scott.perrygo@usdoj.gov |
| | *Attorneys for Defendant*<br>*United States of America* |

## CERTIFICATE OF SERVICE

I certify that on December 27, 2024, I served the foregoing United States' Notice of Settlement Between All Plaintiffs and Defendant United States upon the following counsel via CM/ECF:

**JUAN B. SOTO BALBÁS, ESQ.**
**CARLOS F. LÓPEZ, ESQ.**
**FRANCISCO J. AMUNDARAY, ESQ.**
Juan B. Soto Law Offices, P.S.C.
1353 Avenue Luis Vigoreaux
PMB 270
Guaynabo, PR 00966
Tel. (787) 273-0611
Emails: jsotobalbas@gmail.com
charlielopez@gmail.com
cflopezlaw@gmail.com
fjamundaray@gmail.com
fjamundaray@amundarayvillareslaw.com

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　 */s/ Bradley J. Preamble*
　　　　　　　　　　　　　　　　　　　　BRADLEY J. PREAMBLE
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

3