IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SAMUEL ROSARIO BELTRÁN, his wife ANA H. COIRA SALGADO and the Conjugal Partnership constituted between them; THE ESTATE OF CARLOS LICO ROSARIO BELTRÁN, comprised by its heirs CARLO MICHELLE ROSARIO PÉREZ, CARLOS MANUEL ROSARIO PÉREZ and MANUEL ALFREDO ROSARIO PÉREZ**<br><br>Plaintiffs<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>Defendant | CIVIL NO.: 3:24-cv-01323-ADC<br><br>IN ADMIRALTY |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Samuel Rosario Beltrán, Ana H. Coira Salgado, the Estate of Carlos Lico Rosario Beltrán, and Defendant United States stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs and Defendant agree that this action and the claims that Plaintiffs have asserted against the United States may be dismissed with prejudice. With this dismissal, all claims that have been asserted in the complaint filed in the present action are being dismissed.

Dated February 27, 2025

*/s/ Carlos F. López*
CARLOS F. LÓPEZ, ESQ.
USDC-PR-126514

JUAN B. SOTO BALBÁS, ESQ.
FRANCISCO J. AMUNDARAY, ESQ.
Juan B. Soto Law Offices, P.S.C.
1353 Avenue Luis Vigoreaux
PMB 270
Guaynabo, PR 00966
Tel. (787) 273-0611
Emails: jsotobalbas@gmail.com
charlielopez@gmail.com
cflopezlaw@gmail.com
fjamundaray@gmail.com
fjamundaray@amundarayvillareslaw.com

*Attorneys for Plaintiffs*

 */s/ Scott Perrygo*
SCOTT PERRYGO
   (D. P.R. Gov. Atty. No. G04115)
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, D.C. 20044-4271
Tel. (202) 451-7576
Fax (202) 616-4002
E-mail: scott.perrygo@usdoj.gov

*Attorney for Defendant United States of America*

BY THE COURT:

So Ordered.

_____